**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**STEPHANIE OTTO**
463 Rader Drive
Vandalia, Ohio 45377

Plaintiff,

vs.

**LEIDOS, INC.**
1750 Presidential Street
Reston, Virginia 20190

Defendant.

Case No.: 3:26-cv-229

Judge

**COMPLAINT WITH JURY DEMAND**

---

Now comes Plaintiff ("Otto" or "Plaintiff") by her counsel, and for her Complaint against Defendant Leidos, Inc. hereinafter referred to as "Defendant" states as follows:

## I. NATURE OF ACTION, PARTIES, JURISDICTION & VENUE

1. This is an action for failure to hire in violation of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, et seq., arising out of Plaintiff's sexual orientation and is brought pursuant to a Notice of Right to Sue issued by the Equal Employment Opportunity Commission.

2. Plaintiff is a resident of Montgomery County and an individual who applied for employment with Defendant.

3. Defendant is an employer and the entity that rejected Plaintiff's employment request.

4. This Court has subject matter jurisdiction over discrimination actions.

5. Venue is proper in this judicial district as Defendant operates a business located within this district at WPAFB, Ohio.

## II. FACTUAL BACKGROUND

6. Plaintiff restates the previous allegations of paragraphs 1-5 herein.

7. On or about late September 2024 Plaintiff applied for a position with Defendant.

8. Plaintiff was more than qualified for the position with Defendant.

9. Defendant refused to offer Plaintiff the position because of her sexual orientation, and she was involved in a personal relationship with another female employee of Defendant.

10. However, Defendant hired several husband and wife teams where the personal relationship involved males and females.

11. The position Plaintiff applied for at Leidos was Research Psychologist/Cognitive Neuroscientist.

## III. CAUSES OF ACTION

A. The Civil Rights Act of 1964 as amended

12. Plaintiff restates the allegations of paragraphs 1-11.

13. Plaintiff is a female, with a gay sexual orientation.

14. Plaintiff applied for a position at WPAFB with Defendant Leidos.

15. Defendant was aware at that time that Plaintiff was involved in a sexual relationship with a female employee working at WPAFB.

16. Defendant denied Plaintiff the position because she was involved in the aforementioned relationship and specifically told her this at a meeting held on October 3, 2024.

17. Notwithstanding, Defendant hires and continues to employ several husband/wife teams who have a traditional straight relationship.

18. Plaintiff was treated differently then these straight/non gay individuals solely due to her sexual orientation.

19. As a result of Defendant's actions, Plaintiff has been damaged in the form of lost pay and benefits, the incurring of emotional distress and the incurring of attorney fees and costs.

20. Further, Defendant's actions were intentional, malicious and willful subjecting Defendant to the imposition of punitive damages.

## IV. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for the following relief:

A. An order requiring Defendant hire Plaintiff;

B. Back pay and benefits in excess of $250,000;

C. Compensatory damages in excess of $300,000;

D. Punitive damages in excess of $250,000;

E. Statutory damages;

F. Reasonable attorney fees and costs;

G. Pre and post judgment interest; and

H. Such other relief as this Court deems just and equitable.

Respectfully submitted,

DUWEL LAW

***/s/ David M. Duwel***
David M. Duwel (0029583)
130 W. Second Street, Suite 2101
Dayton, Ohio 45402
(937) 297-1154, telephone
(937) 297-1152, facsimile
david@duwellaw.com

*Attorney for Plaintiff*

**JURY DEMAND**

Plaintiffs requests a trial by jury on the claim pleaded.

***/s/ David M. Duwel***
DAVID M. DUWEL